```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BROKER GENIUS INC.,                       :         17-Cv-2099 (SHS)

                 Plaintiff,        :

      -against-                           :         ORDER

NATHAN ZALTA, *ET AL.*,                   :

                 Defendants.       :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      In preparation for the preliminary injunction hearing scheduled for Wednesday, June 14, 2017, at 9:30 a.m.,

      IT IS HEREBY ORDERED that the parties shall file on or before 10:00 a.m. on June 12, 2017:

      1.    A list of their proposed witnesses and a summary of that witness's expert testimony;

      2.    A list of proposed exhibits; and

      3.    Any prehearing memoranda of law as set forth at the May 11 conference; and

      4.    The hearing remains at 9:30 a.m. on June 14, 2017.

Dated:    New York, New York
            May 17, 2017

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.