UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROKER GENIUS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NRZ ENTERTAINMENT LLC <br> NATHAN ZALTA <br> MICHAEL SHAMAH <br> GONTHAM, LLC <br> JOSEPH BASSIL <br><br> *Defendants*. | Civil Action No. 1:17-cv-02099-SHS |

### BROKER GENIUS' REVISED WITNESS AND EXHIBIT LIST

Broker Genius Inc., Plaintiff, by and through their undersigned counsel and pursuant to the Court's order from May 17, 2017 (Dkt. 42), hereby provides its list of proposed exhibits for the June 14, 2017 hearing at 9:30 am. Plaintiff reserves the right to supplement this list as necessary.

**WITNESSES**

The witnesses are expected to testify as to the identified topics below but Plaintiff reserves the right to examine any witness on additional topics if necessary.

1. **Shmuel "Sam" Sherman** – history of Broker Genius Company, development of AutoPricerv3, company policies and efforts to protect Trade Secrets and keep them confidential, effect of TickPricer on the market and the harm to Broker Genius caused by NRZ introducing TickPricer

2. **Zachary Ellman** – sales and sales practices at Broker Genius, effect of TickPricer on AutoPricer sales since TickPricer entered the market

3. **Eric Koskinen, PhD** – Expert testimony on Broker Genius trade secrets and their misappropriation by defendants and Broker Genius' protection of the trade secrets and all the opinions disclosed in his expert reports.

4. **Nathan Zalta –** NRZ's interactions with Broker Genius, NRZ's misappropriation of Broker Genius' trade secrets, development of TickPricer and NRZ's sale of TickPricer and attendant services

5. **Michael Shamah** - NRZ's interactions with Broker Genius, NRZ's misappropriation of Broker Genius' trade secrets, development of TickPricer and NRZ's sale of TickPricer and attendant services

6. **Joseph Bassil –** development of TickPricer and misappropriation of NRZ trade secrets.

7. **Stephen Gray –** the opinions disclosed in his experts reports.

8. Any witness Defendants may call not named above.

**EXHIBITS**

1 NRZ_002749 (E. Nissim Ex. 1)

2 NRZ_002750 (E. Nissim Ex. 2)

3 NRZ_002943 - NRZ_002944 (E. Nissim Ex. 3)

4 NRZ_003001 - NRZ_003003 (E. Nissim Ex. 4)

5 NRZ_002753 (E. Nissim Ex. 5)

6 NRZ_00037 - NRZ_00046 (E. Nissim Ex. 6)

7 BG00000605 (E. Nissim Ex. 7; A. Zalta Ex. 9)

8 NRZ_00025 - NRZ_00032 (M. Shamah Ex.1)

9 NRZ_000100 - NRZ_000108 (M. Shamah Ex. 2; N. Zalta Ex. 6; J. Bassil Ex. 6)

10 BG00002409- BG00002411 (M. Shamah Ex. 3)

11 BG00002460- BG00002461 (M. Shamah Ex.4)

12 BG00002517 (M. Shamah Ex. 5)

13 NRZ_002980 (M. Shamah Ex. 6)

14 NRZ_000036 (M. Shamah Ex. 7)

15 GONTH_000129 (M. Shamah Ex. 8)

16 NRZ_000132- NRZ_000133 (M. Shamah Ex. 9)

17 NRZ_000296- NRZ_000297 (M. Shamah Ex. 10)

18 BG00002523 (M. Shamah Ex. 11)

19 BG00004651- BG00004655 (M. Shamah Ex. 12)

20 NRZ_000309- NRZ_000312 (M. Shamah Ex. 13)

21 NRZ_0002765- NRZ_0002766 (M. Shamah Ex. 14)

22 NRZ_000326- NRZ_000329 (M. Shamah Ex. 15)

23 NRZ_000313- NRZ_000317 (M. Shamah Ex. 16)

24 NRZ_000301- NRZ_000305 (M. Shamah Ex. 17)

25 NRZ_000306- NRZ_000308 (M. Shamah Ex. 18)

26 NRZ_000036 (N. Zalta Ex. 1)

27 NRZ_000313 - NRZ_000317 (N. Zalta Ex. 2)

28 BG00004651 - BG00004655 (N. Zalta Ex. 3)

29 NRZ_000274 - NRZ_000275 (N. Zalta Ex. 5)

30 NRZ_000047 - NRZ_000052 (N. Zalta Ex. 7; J. Bassil Ex. 5)

31 NRZ_000298 - NRZ-000300 (N. Zalta Ex. 8; J. Bassil Ex. 8)

32 BG00005244 - BG00005245 (N. Zalta Ex. 9; A. Zalta Ex. 5)

33 NRZ_000059 - NRZ_000085 (N. Zalta Ex. 10; J. Bassil Ex. 7)

34 GONTH_000199 - GONTH_000353 (J. Bassil Ex. 4)

35 NRZ_003093 (J. Bassil Ex. 9)

36 NRZ_000095 - NRZ_000097 (J. Bassil Ex. 10; S. Gray Ex. 1)

37 GONTH_000042 - GONTH_000043 (J. Bassil Ex. 11)

38 NRZ_007699 (J. Bassil Ex. 12)

39 NRZ_003092 (J. Bassil Ex. 13)

40 GONTH_000144 (J. Bassil Ex. 14)

41 GONTH_000190 (J. Bassil Ex. 15)

42 NRZ_008563 (A. Zalta Ex. 1)

43 GONTH_000677 (A. Zalta Ex. 2)

44 NRZ_004382 (A. Zalta Ex. 3)

45 NRZ_013862 - NRZ_013967 (A. Zalta Ex. 4)

46 NRZ_003262 - NRZ_003265 (A. Zalta Ex. 6)

47 NRZ_003314 (A. Zalta Ex. 7)

48 NRZ_003389 (A. Zalta Ex. 8)

49 NRZ_000008 (A. Zalta Ex. 10)

50 NRZ_003272 (A. Zalta Ex. 11)

51 NRZ_013607 (A. Zalta Ex. 12)

52 NRZ_002758

53 BG00000002

54 BG00004823; BG00004824; BG00004838; BG00004841; BG00004861; BG00004906

55 BG00004852; BG00002996; BG00002999

56 BG00004784.01

57 BG00003249

58 BG00003413

59 NRZ_002813; NRZ_002897; NRZ_002808; NRZ_002807; BG00002345; BG00004593;

59 BG00002264; BG00002254; BG00002256; BG00002270; BG00002257

60 BG00000622

61 NRZ_000116

62 Expert Report - Dr. Eric Koskinen

63 Rebuttal Report - Dr. Eric Koskinen

64 Expert Report - Mr. Stephen Gray

65 Rebuttal Report - Mr. Stephen Gray

66 BG00004915-BG00004918; BG00004919-BG00004930; BG00005022;

66 BG00005056-BG00005063

67 BG00005056-BG00005063; BG00005088; BG00005089-BG00005092;

67 BG00005054; BG00004763.09

68 BG00004913-BG00004914; BG00004915-BG00004918; BG00004919-BG00004930

69 BG00004770.12, BG00004782.04, BG00005147

70 BG00004770.04, BG00004785.07, BG00004980, BG00005025

71 BG00004770.03, BG00004770.11, BG00005005, BG00005147, BG00005200

72 BG00004919; BG00005030, BG00005147, BG00005169, BG00005200

73 BG00005147, BG00005200, BG00005054

74 BG00004770.09, BG00005006, BG00005054

75 BG00004770.07, BG00004770.08, BG00005054

76 BG00004770.06, BG00004770.10, BG00005004, BG00005012, BG00005028

77 BG00005056-BG00005063; BG00005089-BG00005092; BG00005054; BG00004763.09

78 BG00005056-BG00005063; BG00005089-BG00005092; BG00005054

79 NRZ_008804; NRZ_008848; NRZ008906; NRZ_008930; NRZ_013674; NRZ_013678;

79 NRZ_013778; NRZ_003314; NRZ_002951; NRZ_002993; NRZ_003021; NRZ_003023;

79 NRZ_002749; NRZ_002948; NRZ_003025; NRZ_002962; NRZ_0013737; NRZ_013753;

79 NRZ_013761; NRZ_013763; NRZ_002750; NRZ_002754; NRZ_002920; NRZ_2925;

79 NRZ_002949; NRZ002961; NRZ_002969; NRZ_002971; NRZ_002967; NRZ_002963;

79 NRZ_002999; NRZ_003016; NRZ_003018; NRZ_002916; NRZ_002923; NRZ_002926;

79 NRZ_003008; NRZ_002987; NRZ_002997; NRZ--003004; NRZ_003011; NRZ_003017;

79 NRZ_002753; NRZ_003029; NRZ_002942; NRZ_002943; NRZ_002946; NRZ_002945;

79 NRZ_002950; NRZ-002952; NRZ-002958; NRZ-002960; NRZ_002957; NRZ_002956;

79 NRZ_002955; NRZ_002986; NRZ-002989; NRZ-003007; NRZ-003019; NRZ_002991;

79 NRZ_002975; NRZ_002922; NRZ_002940; NRZ-003020; NRZ_002980; NRZ-002955;

79 NRZ_002994; NRZ_002924; NRZ_002954; NRZ_002979; NRZ_002977; NRZ_003005;

79 NRZ_003006; NRZ_003015; NRZ_003022; NRZ-002919; NRZ-002985; NRZ_002981;

79 NRZ_002982; NRZ_002972; NRZ_003001; NRZ-003024; NRZ_002947; NRZ_002973;

79 NRZ_003001; NRZ_003027

80 Nathan Zalta Deposition Transcript

81 MIchael Shamah DepositionTranscript

82 Joseph Bassil Deposition Transcript

83 Stephen Gray Deposition Transcript

84 Shmuel "Sam" Sherman Deposition Transcript

85 Zak Ellman Deposition Transcript

86 Eric Koskinen Deposition Transcript

87 BG004686; NRZ_002905; BG00001421; BG00004734; BG00004682; BG0004694;

87 BG00004698; BG00004701; BG00004703; BG00004705: NRZ000036

88 BG00002708

89 BG00002571

90 Edward Nissim Deposition

91.Any of the pleadings filed to date

92 All of Plaintiff's and Defendants' discovery responses

93 Any document Plaintiff intends to introduce at the hearing.

Dated: June 13, 2017.
            PEARL COHEN ZEDEK LATZER BARATZ LLP

            By: /s/Veronica Muñoz
            Daniel J. Melman (DM-8239)
            Veronica Mullally Muñoz (MM-9985)
            1500 Broadway, 12th Floor
            New York, NY 10036
            (646) 878-0800
            VMunoz@PearlCohen.com
            DMelman@pearlcohen.com
            *Attorneys for Plaintiff Broker Genius INC.*

Dated: June 13, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2017 a copy of PLAINTIFF BROKER GENIUS, INC.'S REVISED WITNESS AND EXHIBIT was served upon all parties and counsel of record via electronic mail.

Date: June 13, 2017                                              /s/Veronica Muñoz
                                                                               Veronica Mullally Muñoz