**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BROKER GENIUS, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>NATHAN ZALTA,<br>MICHAEL SHAMAH,<br>NRZ ENTERTAINMENT, LLC<br>JOSEPH BASSIL, and<br>GONTHAM, LLC.<br><br>     Defendants. | Case No. 1:17-cv-02099-SHS |

**DEFENDANTS' REVISED LIST OF PROPOSED EXHIBITS**

Defendants Nathan Zalta, Michael Shamah, NRZ Entertainment, LLC, Joseph Bassil, and Gontham, LLC (collectively "Defendants"), by and through their undersigned counsel and pursuant to the Court's order from May 17, 2017 (Dkt. 42), hereby provide their list of proposed exhibits for the June 16, 2017 hearing at 9:30 am. Defendants reserve the right to supplement this list as necessary.

1.      United States Patent Application Publication No. US 2015/025918 A1;

2.      Archived copy of Broker Genius website from the Wayback Machine

https://web.archive.org/web/20160401211415/https://brokergenius.com/;

3.      Broker Genius Marketing Video from www.brokergenius.com;

4.      Auto Pricer user interface;

5.      TickPricer user interface;

6.      Tick Utils user interface;

1

7.      SkyBox user interface;

8.      GoPricer user interface;

9.      AppEagle user interface;

10.     Amazon Pricing Central user interface;

11.     Dkt. No. 25-1;

12.     Dkt. No. 25-2;

13.     Dkt. No. 36;

14.     Def. Dep. Ex 1;

15.     Def. Dep. Ex. 2;

16.     Def. Dep. Ex. 5;

17.     Def. Dep. Ex. 32;

18.     BG 0125;

19.     BG 1417;

20.     BG 1284;

21.     BG 1661;

22.     BG 1733;

23.     BG 1751;

24.     BG 1959;

25.     BG 2127;

26.     BG 2002;

27.     BG 2289;

28.     BG 2515;

29.     BG 2653;

30.   BG 3109;

31.   BG 3111;

32.   BG 3136;

33.   BG 3249;

34.   BG 3976;

35.   BG 4186;

36.   BG 5056;

37.   BG 5089;

38.   BG 5244;

39.   BG_AP 0582-735;

40.   NRZ 0047;

41.   NRZ 0053;

42.   NRZ 3982;

43.   NRZ 3992;

44.   NRZ 3999;

45.   NRZ 4005;

46.   NRZ 4033;

47.   NRZ 4042;

48.   NRZ 4060;

49.   NRZ 4066;

50.   NRZ 4072;

51.   NRZ 4104;

52.   NRZ 4279;

53.     NRZ 4328;

54.     NRZ 4340;

55.     NRZ 7904;

56.     NRZ 8461;

57.     NRZ 8525;

58.     NRZ 14001;

59.     Expert Report – Dr. Koskinen;

60.     Rebuttal Report – Dr. Koskinen;

61.     Expert Report – Mr. Gray;

62.     Rebuttal Report – Mr. Gray;

63.     Broker Genius' Identification of Asserted Trade Secrets;

64.     First Amended Complaint;

65.     StubHub API;

66.     Source Code for TickPricer and Auto Pricer User Interface;

67.     AppEagle Screen Shots;

68.     TickPricer Screenshots;

69.     NRZ_004391-93;

70.     NRZ 100-108;

71.     NRZ 156-224;

72.     CD ROM Containing Broker Genius Demonstration Videos;

73.     Any of the pleadings filed to date;

74.     All of Plaintiff's and Defendants' discovery responses;

75.     Any document Plaintiff intends to introduce at the hearing.

Dated: June 15, 2017.

By:  S/ Jason H. Cooper

THE SLADKUS LAW GROUP
Jeffrey B. Sladkus
Georgia Bar No. 651220
jeff@sladlaw.com
Mark L. Seigel
Georgia Bar No. 634617
mark@sladlaw.com
Jason H. Cooper
Florida Bar No. 98476
Georgia Bar No. 778884
jason@sladlaw.com
1827 Powers Ferry Road
Building 6, Suite 200
Atlanta, GA 30339
Main: (404) 252-0900
Fax: (404) 252-0970

SCHWARTZ SLADKUS REICH
GREENBERG ATLAS LLP
Jared E. Paioff (jp-2255)
270 Madison Avenue
New York, New York 10016
(212) 743-7000 - Telephone
(212) 743-7001 - Facsimile
Email: jpaioff@ssrga.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BROKER GENIUS, INC.,

     Plaintiff,

     v.                                                                Case No. 1:17-cv-02099-SHS

NATHAN ZALTA,
MICHAEL SHAMAH,
NRZ ENTERTAINMENT, LLC
JOSEPH BASSIL, and
GONTHAM, LLC.

     Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2017, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system and that service was perfected on all counsel of record

and interested parties through this system.

          By: S/ Jason H. Cooper
             Counsel for Defendants