USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/18

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROKER GENIUS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NRZ ENTERTAINMENT LLC, <br> NATHAN ZALTA, <br> MICHAEL SHAMAH, <br> JOSEPH BASSIL and <br> GONTHAM, LLC, <br><br> *Defendants*. | Civil Action No. 1:17-cv-02099-SHS <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and by and through their respective counsel, Plaintiff Broker Genius, Inc. and Defendants, NRZ Entertainment LLC, Nathan Zalta, Michael Shamah, Joseph Bassil and Gontham, LLC, hereby stipulate that all remaining claims and counterclaims in this civil action be dismissed with prejudice so that this entire action is dismissed with prejudice. Each party to bear its own costs.

NRZ is liable to make payments to Broker Genius as part of the resolution of the action but Defendants Nathan Zalta, Michael Shamah, Joseph Bassil, and Gontham, LLC, are not liable for such payments.

Dated: January 10, 2018

| **PLAINTIFF** | **DEFENDANTS** |
|---|---|
| Broker Genius, Inc. | NRZ Entertainment LLC, Nathan Zalta, Michael Shamah, Joseph Bassil, and Gontham LLC |

By: _____

PEARL COHEN ZEDEK LATZER BARATZ LLP
Daniel J. Melman (DM-8239)
Veronica Mullally Muñoz (MM-9985)
Miriam Kurien Tyrell (MT-1029)
1500 Broadway, 12th Floor
New York, NY 10036
(646) 878-0800
DMelman@PearlCohen.com
VMunoz@PearlCohen.com
MTyrell@PearlCohen.com

*Attorneys for Plaintiff Broker Genius Inc.*

By: _____

PERKINS COIE LLP
Gene W. Lee
William J. McCabe
Martin Gilmore
Matthew Moffa
Thomas Matthew
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
212-262-6900
GLee@perkinscoie.com
WMccabe@perkinscoie.com
MGilmore@perkinscoie.com
MMoffa@perkinscoie.com
TMatthew@perkinscoie.com

*Attorneys for Defendants*

Jan 10, 2018

So ordered.

[signature]
USDJ